UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| CHRISTIN M., )<br>)<br>    Plaintiff   )<br>)<br>v.   )<br>)<br>ANDREW M. SAUL,   )<br>Commissioner of Social Security,   )<br>)<br>    Defendant   ) | 2:20-cv-00179-JAW |

**ORDER AFFIRMING THE RECOMMENDED
DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed April 25, 2021 (ECF No. 21), the Court accepts the Recommended Decision.

The Court has reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; the Court has made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and the Court concurs with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determines that no further proceeding is necessary.

Accordingly, it is ORDERED that the Recommended Decision (ECF No. 21) of the Magistrate Judge is ACCEPTED and the Court VACATES the Commissioner's administrative decision and REMANDS the case for proceedings consistent with the Recommended Decision.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 11th day of May, 2021